JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Brenda Core,<br><br>       Plaintiff,<br>vs.<br><br>Fadi Abi Atmi, an Individual; and Does 1-10,<br><br>       Defendant. | **Case No.: 19-cv-06873-RGK-JPR**<br><br>*Hon. R. Gary Klausner*<br><br>[~~PROPOSED~~] **ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: 08/07/2019<br>Trial Date: TBD |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Brenda Core's ("Plaintiff") entire action is dismissed with prejudice, including all claims stated against Fadi Abi Atmi, an Individual ("Defendant").

Dated: January 10, 2020

_____
Hon. R. Gary Klausner
Judge, United States Court
Central District of California

1